UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393

January 4, 2021

**Via Electronic Filing**

To: Counsel of Record

Re: Alma Minor v. Family Dollar Stores of Maryland, LLC
   Civil Action No. DLB-20-3355

Dear Counsel:

  Please be advised that a settlement conference in the above-captioned case has been scheduled, with the consent of the parties, for **Thursday, April 22, 2021 at 9:30 a.m.** It is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is <u>not</u> sufficient. *See* Local Rule 607.3. Please also be advised that the conference may take the entire day.

  In light of the COVID-19 pandemic, our Settlement Conference will be a **virtual mediation session**. Instructions on how the settlement conference will be conducted will be provided after receipt of ex parte letter (described more fully below).

  No later than **Thursday, April 15, 2021 by 12:00 noon**, I would like to receive from each party a short letter via e-mail (mdd_CBDChambers@mdd.uscourts.gov) candidly setting forth the following:

  1. Facts you believe you can prove at trial;

  2. The major weaknesses in each side's case, both factual and legal;

  3. An evaluation of the maximum and minimum damage awards you believe likely;

  4. The history of any settlement negotiations to date; and

  5. Estimate of attorney's fees and costs of litigation through trial; and

  6. The number of attendees you expect to have at the conference.

  The letters may be submitted <u>ex parte</u> and will be solely for my use in preparing for the settlement conference. I also will review the pleadings in the court file. Additionally, if you want me to review any case authorities that you believe are critical to your evaluation of the case,

*Minor v. Family Dollar*
January 4, 2021
Page 2

please identify.  If you want me to review any exhibits or deposition excerpts, please attach a copy to your letter.[1]

In preparation for the conference, Plaintiff shall submit a written demand to the Defendant no later than **10 business days** prior to the conference.  Defendant shall submit a written offer to the Plaintiff no later than **5 business days** prior to the conference.  All exchanges between the parties shall be via facsimile or e-mail, with a courtesy copy e-mailed to Chambers at the time of the exchange.  **Failure to comply without justification may result in the imposition of sanctions.**  The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited.  *See* 28 U.S.C. § 652(d); Local Rule 607.4.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

_____/s/_____
Charles B. Day
United States Magistrate Judge

---

[1] Please note that the American Bar Association Standing Committee on Ethics and Professional Responsibility has issued a Formal Opinion (No. 93-370) that precludes a lawyer, ABSENT INFORMED CLIENT CONSENT, from revealing to a judge the limits of the lawyer's settlement authority or the lawyer's advice to the client regarding settlement.  The opinion does not preclude a judge, in seeking to facilitate a settlement, from inquiring into those matters.  Therefore, please discuss these items with your client before appearing for the settlement conference.